# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK JOSEPH FIELDS, | : | |
| Plaintiff, | : | NO. 1:16-CV-0699 |
| | : | |
| vs. | : | (JONES, J.) |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner | : | |
| of Social Security, | : | |
| Defendant. | : | **[FILED VIA ECF]** |

## ORDER

AND NOW, this __14th__ day of September 2017, upon consideration of the afore-stated Stipulation, it is hereby

## ORDERED

that Plaintiff, Patrick Joseph Fields, is awarded Five Thousand Four Hundred dollars ($5,400) in attorney fees under the Equal Access to Justice Act ("EAJA"), and Four Hundred dollars ($400) to be paid separately from the Judgment Fund. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that Plaintiff owes no qualifying, pre-existing debt(s) to the

government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

/s/ John E. Jones III

JOHN E. JONES, III, JUDGE
United States District Court